UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-8318-DSF (JCx) | Date | September 27, 2023 |
|---|---|---|---|
| Title | John Klene, et al. v. Doral Riggs, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **ORDER (1) VACATING DEPOSITION WITHOUT PREJUDICE; (2) DENYING MOTION TO QUASH AS MOOT; AND (3) DIRECTING THIRD PARTY SANTA SALAZAR ALVAREZ TO FILE NOTICE**

On September 26, 2023, Third Party Santo Salazar Alvarez ("Alvarez" or the "Movant") filed a Motion to Quash Subpoena ("Motion"). (Docket No. 61). On September 27, 2023, Plaintiffs John Klene and Eduardo Dumbrique filed an Opposition to the Motion with exhibits consisting of the Declaration of Deirdre O'Connor and the Declaration of Matthew Christiana (collectively "Opposition"). (Docket No. 63). Also on September 27, 2023, Defendants Doral Riggs, Reynold Verdugo and Frank Merriman filed a Declaration of Michael D. Allen regarding the Motion ("Defendants' Submission"). (Docket No. 63). Although no party has supplied the Court with a copy of the subpoena in issue, Plaintiffs indicate that the deposition that is the subject of the Motion was set for September 28, 2023. Based on the Court's consideration of parties' submissions in connection with the Motion, IT IS HEREBY ORDERED:

1. The September 28, 2023 deposition of Santo Salazar Alvarez is VACATED without prejudice to the resetting thereof on a future date/time. Accordingly, no appearance at such deposition by the Movant or counsel is necessary.

2. In light of the foregoing, the Motion is moot and is denied as such.

3. Within seven days, Alvarez shall file a Notice advising the Court if he is represented by counsel in connection with this matter. If so, Alvarez shall also include in such Notice the name and contact information for such counsel. If not, and if Alvarez would like the Court to consider the possibility of appointing counsel for him (for the reasons explained in the Opposition), he shall so state in the Notice.

The Court will issue a further Order regarding this matter upon receipt, review, and consideration of Alvarez's Notice.

IT IS SO ORDERED.[1]

---

[1] This order was emailed to the Movant and counsel of record before 5:30 on September 27, 2023.